UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

vs.

Pedro Vega Sanchez

: Criminal No. B-01-293-01
:
: MOTION TO VACATE SENTENCE
: Fed. R. Cr. Proc. 52(b)

The movant in the above caption matter move this Court of jurisdiction for an **Order**, vacating the sentence of fifty seven(57) months that is based on a prior conviction that should not be counted under the basic criteria under **United States Sentencing Guideline §4A1.2(e)**. It is clear that the November 17, 1982 arrest and subsequent February 22, 1983 conviction should have been excluded from sentencing, although conviction may fit the criteria under the convicted illegal reentry statute. This information is newly discovered, and trial Attorney failed to raise the issue at sentencing. Therefore under Rule 52(b), the movant pray that this Court entertain this action and grant relief accordinly.

Respectfully Submitted

*Pedro Vega Sanchez*
Pedro Vega Sanchez
Pro Se Movant