UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA ) Criminal No. B-01-293-01
)
) AFFIDAVIT IN SUPPORT OF MOTION
) TO VACATE SENTENCE
v. )
) Fed. R. Cr. Proc. 52(b)
Pedro Vega Sanchez )
)
)

The movant will argue that the sixteen level enhancement should not apply because the guidelines does not provide for convictions to be used that is more than fifteen years old, though the Government will retreat to the sentencing guidelines as amended, 632 §2L1.2 Application note:(1) paragraph #3, Id at page 217 United States Sentencing Guidelines Manual, Supplement to Appendix C, which states " Aggravated felony is defined at 8 U.S.C. §1101(a)(43) without regard to the date of the aggravated felony." This, of course does not authorize the imposition of sentence which is in conflict, or contrary to United States Sentencing Guidelines Provision §4A1.2(e), which clearly states that a conviction cannot be used that's more than fifteen years old. In this instant case, the statute Title 8 §1326(b)(2) only makes mention of the Statutory maximum sentence, which necessarily trumps the sentencing provision of the guidelines where it clearly states that such sentence/prior conviction must be within the set criteria of §4A1.2(e). Certainly, the conviction can be used to activate the Title 8 USC §1326(b)(2) statute, but it essentially cannot be used under the guidelines. Therefore, it is the allegation of the movant that the sixteen level enhancement were erroneously imposed. Movant ask that this Honorable Court enter an order vacating the sentence of 57 Months

30

and to order that the movant be resentenced in accordance to the United States Sentencing Guidelines §4A1.2(e). Movant pray for such relief.

Respectfully Submitted

*Pedro Vega Sanchez*
Pedro Vega Sanchez
Movant

# PROOF OF SERVICE

I, __Pedro Vega Sanchez_____, certify that on __December 15, 2003__, 200___ I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

United States Attorney Office
Southern District Of Texas
600 E. Harrison Street #201
Brownsville, Texas, 78520-7114

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the __U.S.D.C. So. Dist. Of Texas__ I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this __15th__ day of __December__, 200_3_.

/s/ Pedro Vega Sanchez
Name: __Pedro Vega Sanchez__
Number: __#51417-079__

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. <u>Houston v Lack</u>. 487 U.S. 266 (1988).