FCI ALLENWOOD
UNIT 3B
9

# United States District Court

Southern DISTRICT OF Texas
Brownsville Division

Pedro Sanchez Vega

v.

USA

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER. B-02-211
B-04-55

MAY 17 2004

U.S. COURT OF APPEALS
RECEIVED
MAY 2 0 2004
NEW ORLEANS, LA

I, Padro Vega-Sanchez, declare that I am the (check appropriate box)

[✓] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [✓] Appellant
                                    other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes [✓]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   
   FCI Allenwood Food Service
   $15.00 Month
   
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment          Yes [ ]   No [✓]
   b. Rent payments, interest or dividends?                          Yes [ ]   No [✓]
   c. Pensions, annuities or life insurance payments?                Yes [ ]   No [✓]
   d. Gifts or inheritances?                                         Yes [ ]   No [✓]
   e. Any other sources?                                             Yes [ ]   No [✓]