IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO VEGA SANCHEZ | § | |
| | § | |
| V. | § | CIVIL NO. B-04-055 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The court Orders that this case be referred to the Magistrate Judge John William Black for all pending matters.

SIGNED AND ENTERED this 14th day of September, 2004.

_____
Andrew S. Hanen
United States District Judge