IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO VEGA-SANCHEZ, <br>    Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-055 |
| UNITED STATES OF AMERICA, <br>    Respondent. | § § § | |

## ORDER

Petitioner, Pedro Vega-Sanchez, has filed a Motion to Proceed *in Forma Pauperis* on June 3, 2004 (Docket No. 9) in connection with the United States District Court's granting of the Motion for Certificate of Appealability. (Docket No. 7).

IT IS **ORDERED** that Petitioner shall be allowed to proceed *in forma pauperis*.

DONE at Brownsville, Texas, this 7th day of October, 2004.

John Wm. Black
United States Magistrate Judge