# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Pedro Vega Sanchez
FCI Allenwood Medium
#51417-079
P.O. Box 2000
White Deer  PA  17887

United States Courts
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby, Clerk

---

Case: 1:04-cv-00055   Instrument: 13   (1 pages)
Date: Oct 7, 2004
Control: 04108170
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail.  See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036.  For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (____) _____

Mail to:   Attorney Admissions
           United States District Clerk
           P.O. Box 61010
           Houston, TX 77208

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO VEGA-SANCHEZ, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-055 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER

Petitioner, Pedro Vega-Sanchez, has filed a Motion to Proceed *in Forma Pauperis* on June 3, 2004 (Docket No. 9) in connection with the United States District Court's granting of the Motion for Certificate of Appealability. (Docket No. 7).

IT IS **ORDERED** that Petitioner shall be allowed to proceed *in forma pauperis*.

DONE at Brownsville, Texas, this 7th day of October, 2004.

John Wm. Black
United States Magistrate Judge

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OCT 1 8 2004

United States Courts
Southern District of Texas
FILED

Michael N. Milby, Clerk

Hasler
$
10
Mailed
US

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN   ☐ OTHER
  ☐ NO SUCH NUMBER/ STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER

77208/1010