IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO VEGA-SANCHEZ, Petitioner | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-055 |
| UNITED STATES OF AMERICA Respondent. | § § § | |

**ORDER**

On October 7, 2004, the Court issued an order allowing the Petitioner to proceed *in forma pauperis* (Docket No. 13) in connection with the United States District Court's granting of the Motion for Certificate of Appealability (Docket No. 7). However, still pending before the court is Petitioner, Pedro Vega Sanchez's, Motion to Proceed *in forma pauperis* which was filed on August 18, 2004 (Docket No. 11).

IT IS, therefore, ORDERED that Petitioner's Motion to proceed *in forma pauperis* (Docket No. 11) has become moot.

DONE in Brownsville, Texas, this 9th day of November, 2004.

John Wm. Black
United States Magistrate Judge