Pedro Vega Sanchez #51417-079
Federal Correctional Institution-Victorville
P. O. Box 5300
Adelanto, Ca. 92301

United States Courts
Southern District of Texas
FILED

OCT 2 7 2004

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

PEDRO VEGA SANCHEZ,　　　　　　　)　　　CASE NO. B-04-CV-055
　　　　　　PETITIONER,　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　CRIMINAL CASE NO. B-01-CR-293-01
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　APPLICATION TO PROCEED
UNITED STATES OF AMERICA,　　　　 )　　　IN FORMA PAUPERIS
　　　　　　RESPONDENT(S).　　　　　)　　　BY A PRISONER
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

I, Pedro Vega Sanchez, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?

   NO

2. Do you receive any other payments from the institution where you are confined?

   NO

DATED: JULY 22, 2004.

Respectfully Submitted,
*Pedro Vega Sanchez*
Pedro Vega Sanchez
(Petitioner)

//

PEDRO VEGA SANCHEZ
        PETITIONER,

vs.

UNITED STATES OF AMERICA
        RESPONDENT(s).

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, __PEDRO VEGA SANCHEZ_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No __XX__

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

__FEDERAL CORRECTIONAL INSTITUTION-ALLENWOOD, FOOD SERVICE $15.00 month.__
__6-21-04 was the last date of employment.__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes____   No __XX__
   b. Rent payments, interest or dividends?   Yes____   No __XX__
   c. Pensions, annuities or life insurance payments?   Yes____   No __XX__
   d. Gifts or inheritances?   Yes __xx__   No____
   e. Any other sources?   Yes____   No __xx__

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

__GIFTS FROM MY FAMILY FOR MAINTAINING MY HYGIENE AND OTHER NECESSITIES__
__SUCH AS PHONE COSTS. HAVE RECEIVED 812.60 THE LAST 6 MONTHS.__

3. Do you own any cash, or do you have money in a checking or savings account? Yes __XX__   No____
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned. __I have $37.16 as of July 22, 2004.__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes____   No __XX__

If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. MY SPOUSE AND CHILDREN- I CONTRIBUTE NOTHING. 0.00

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on JULY 22, 2004
(Date)

*Pedro Vega Sanchez*
PEDRO VEGA SANCHEZ
(PETITIONER)

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 37.16 on account to his credit at the FCI Victorville, CA, institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ( National 6 months Deposits. $812.60 )

DATED July 22, 2004

_____
Authorized Officer of Institution

Counselor
Title of Officer

AFFIDAVIT IN SUPPORT OF FORMA PAUPERIS
APPLICATION 28 U.S.C. § 1915

The Petitioner, Pedro Vega Sanchez, declares under penalty of perjury that he is currently on indigent status. Petitioner has been incarcerated for the past four (4) years and at the moment holds no position of employment at the Federal Correctional Institution, Victorville. Petitioner is requesting leave to proceed in forma pauperis under 28 U.S.C. § 1915. The United States District Court for the Southern District of Texas rendered petitioner indigent on May 23, 2001 and assigned the Public Defender's Office to represent him on account of his indigent status. Petitioner's financial state has remained the same since the filing of his CJA-23 Financial Affidavit, in the Southern District of Texas.

Under the provisions of the Prison Litigation Reform Act in 28 U.S.C. § 1915(b), the filing fee requirements do not deny indigent prisoners meaningful access to the courts or equal protection and are rationally related to the government's legitimate interest in deterring meritless lawsuits. Dismissal is not the proper result when a prisoner cannot pay the initial fee. Under the statute's "safety-valve" provision, Title 28 U.S.C. § 1915(b)(4), a prisoner in such case must be allowed to proceed, and a "hold" should be placed on his inmate trust account so that the fee will eventually be paid.

Under Section 1915(b), all prisoners who file civil actions in forma pauperis must pay the full amount of the filing fee. For those who cannot pay the fee at the outset, subsection (b)(1) provides that "[t]he court shall assess and, when funds exist, collect, as partial payment of any court fees required by law, an initial partial filing fee......" The partial fee is set at 20 percent of the greater of the average monthly balance in his inmate trust account for the six months preceding the filing of the complaint. After payment of the initial fee, the prisoner must make

1.

monthly payments equal to 20 percent of the preceding month's income credited to the account; these amounts are to be deducted whenever the account balance exceeds $10.00, until the entire fee is paid. The safety-valve provision states that "[i]n no event shall a prisoner be prohibited from bringing a civil action....for the reason that the prisoner has no assets and no means by which to pay the partial filing fee."

Eventhough the Prison Litigation Reform Act requires indigents to pay filing fees, it's provision for installment payments decrease the financial burden on indigent prisoners. Both the initial fee and the installment amount are pegged to a percentage of the prisoner's assets. The initial fee is not collected unless "funds exist" and the subsequent installments are deducted only when the prisoner's account balance exceeds $10.00. Also, the safety-valve provision ensures that a prisoner cannot be barred from bringing a civil action or an appeal for lack of funds.

Under the existing right of 28 U.S.C. § 1915, petitioner, Pedro Vega Sanchez, submits this affidavit in support of his application to proceed in forma pauperis by a prisoner.

DATED: JULY 22, 2004.

*Pedro Vega Sanchez*
PEDRO VEGA SANCHEZ
(PETITIONER)

///

2.

## CERTIFICATE OF SERVICE

I, <u>Pedro Vega Sanchez</u>, hereby certify that I have served a true and correct copy of the following: <u>APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER</u> AND <u>DECLARATION AND AFFIDAVIT IN SUPPORT OF THE APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER</u>.

Which is deemed filed at the time it was delivered to prison authorities for forwarding, <u>Houston V. Lack, 101 L.Ed.2d 245 (1988)</u>, upon the defendant(s) and/or his attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Michael N. Milby, Clerk
United States District Court
Southern District of Texas
600 East Harrison Street, #101
Brownsville, Texas  78520

*[handwritten:]* Clark
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Tex 77208

and deposited same in the United States Mail at the:

Federal Correctional Institution-Victorville
P.O. Box  5300
Adelanto, Ca.  92301.

I declare under penalty of perjury (Title 28 U. S. C. § 1746), that the foregiong is true and correct.

DATED: JULY 22, 2004.

*Pedro Vega Sanchez*
Pedro Vega Sanchez
<u>51417-079</u>
REG. NUMBER

//