CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

B-04-055

United States District Court
Southern District of Texas
RECEIVED
NOV 2 2 2004
Michael N. Milby, Clerk

Pedro Vega Sanchez
FCI Allenwood Medium
#51417-079
P.O. Box 2000
White Deer PA 17887

77208/1010

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RETURN TO SENDER
RTS

United States Courts
Southern District of Texas
FILED
NOV 1 9 2004


GREETINGS FROM Far Far Away