**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**
600 E. Harrison St. - Room #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
**FILED**

DEC   7 2004

Michael N. Milby
Clerk of Court

DECEMBER 7, 2004

Mr. Charles R. Fulbruge, III, Clerk        Re: <u>Pedro Vega Sanchez vs.</u>
                                                <u>United States of America</u>

U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

**B-04-CV-55**

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge
receipt on the enclosed copy of this letter.

 [ ] Certified Copy of Notice of Appeal and docket  entries.

[ ] Certified  copy of the  notice of cross-appeal and docket entries.

[ ] Record of  appeal  consisting of ____  Volume(s) of the record; ___ Volume(s) of        the
transcript.

[ X ]  OTHER (Supplemental Documents.) No. 11-17

In regard to the notice of appeal, the following information is furnished:

[x ] This case is now proceeding in form of paupers.(order signed on 10/0704 Document no. 13.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was
filed, it was  PAID ON: _____

[x ]  U.S. District Judge entering final judgment is <u>Judge Tagle</u>_____

{X ]   Court reporter assigned to this case is <u>Heather Hall</u>_____

[ ]  If criminal case, number and names of defendants: _____

[ ]  This case was decided without a hearing, and, therefore, there  will be no  transcript.

Very Truly Yours.

BY: *Dahlila Ahumada*

Dahlila Ahumada, Deputy Clerk

cc: file
U.S. Court of Appeals
Pedro Vega Sanchez (defendant)
James L. Turner ( US Attorney)