**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

www.txs.uscourts.gov

**UNITED STATES COURTS**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**

DEC 2 0 2004

MICHAEL N. MILBY, CLERK OF COURT

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

Pedro Vega Sanchez
#51417-079
FCI Allenwood Medium
P.O. Box 2000
White Deer PA 17887

Case: 1:04-cv-00055   Instrument: 18   (1 pages)
Date: Dec 7 2004
Control: 041210466
Notice: The attached order has been entered.





DEC 2 0 2004

Michael N. Milby, Clerk

JAN 1 0 2005
United States District Court
Southern District of Texas
RECEIVED

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

012H16202949
$00.370
12/08/2004
Mailed From 77002
US POSTAGE
Hasler


