CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS 78522

OFFICIAL BUSINESS

United States District Court
Southern District of Texas
RECEIVED
JAN 2 5 2005
Michael N. Milby, Clerk

Pedro Vega Sanchez
FCI Allenwood Medium
#51417-079
P.D. Box 2000
White Deer, PA 17887

1:04cv96

1130 U.S. POSTAGE
29128 00.370 JAN 13 2005
6277 MAILED FROM ZIP CODE
78520

PB5547094
PITNEY BOWES

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

☐ OTHER

RTS
RETURN TO SENDER

Clerk of Court

D.O.B.  12-28-63
Southern District.

Quiero saber el estatus legal
del Certificado de certificado de
apelacion de Quinto Circuito si
Procedio oh no. el numero de
caso civil es #B-04-CV-055 y
el Criminal # V-01-cr-293-01.

Supuestamente esta Parado
Por una forma Pauperis donde
soy una Persona indijente.
y Quisiera ~~en que~~ saber en que
situacion me encuentro en la
corte del distrito oh en el Quinto
Circuito. Si Procedio el Certificado
de apelacion y quisiera saber
en que status se encuentra
la Persona." Pedro Vega Sanchez."
Case # 51417-079

2255, APPEAL, MAG

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00055
### Internal Use Only

Vega Sanchez v. United States
Assigned to: Judge Andrew S. Hanen
Referred to: Magistrate Judge John William Black
Demand: $0
Case in other court: B-01-CR-293
                      B-02-CV-211
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 03/03/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Pedro Vega Sanchez**
                           represented by
**Pedro Vega Sanchez**
FCI Allenwood Medium
#51417-079
P.O. Box 2000
White Deer, PA 17887
PRO SE

**V.**

**Respondent**

**United States of America**
                           represented by
**James L Turner**
US Attorneys Office
PO Box 61129
Houston, TX 77208
713-567-9361
Fax: 713-718-3302
Email: jim.turner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2004 | 1 | MOTION to vacate under 28 U.S.C. 2255 by Pedro Vega Sanchez, Motion Docket Date 2/4/04 [1-1] motion , filed. (mperez) (Entered: 03/31/2004) |
| 01/15/2004 | 2 | AFFIDAVIT by Pedro Vega Sanchez Re: [1-1] motion to vacate under 28 U.S.C. 2255 , filed (mperez) (Entered: 03/31/2004) |
| 01/16/2004 | 3 | RESPONSE by United States to [1-1] motion to vacate under 28 U.S.C. 2255 , filed. (mperez) (Entered: 03/31/2004) |

| 01/26/2004 | 4 | ORDER denying [1-1] motion to vacate under 28 U.S.C. 2255 , entered; Parties notified. ( signed by Judge Filemon B. Vela ) (mperez) (Entered: 03/31/2004) |
| 02/06/2004 | 5 | RESPONSE by Pedro Vega Sanchez to [1-1] motion to vacate under 28 U.S.C. 2255 , filed. (mperez) (Entered: 04/02/2004) |
| 02/23/2004 | 6 | MOTION for certificate of appealability by Pedro Vega Sanchez, Motion Docket Date 3/14/04 [6-1] motion , filed. (mperez) (Entered: 04/02/2004) |
| 03/20/2004 | 7 | ORDER granting [6-1] motion for certificate of appealability , entered; Parties notified. ( signed by Judge Filemon B. Vela ) (mperez) (Entered: 04/02/2004) |
| 05/12/2004 | | **Added for United States attorney James L Turner (rpinales) (Entered: 05/12/2004) |
| 05/17/2004 | 8 | NOTICE OF APPEAL of [4-1] order by Pedro Vega Sanchez , filed. Fee Status: not paid (rpinales) (Entered: 05/21/2004) |
| 05/17/2004 | 9 | MOTION to proceed in forma pauperis by Pedro Vega Sanchez, Motion Docket Date 6/6/04 [9-1] motion , filed. (dahumada) (Entered: 06/03/2004) |
| 05/21/2004 | | Notice of appeal and Copy of docket transmitted to USCA: [8-1] appeal; motion for certificate of appealability [dkt 6] (rpinales) (Entered: 05/21/2004) |
| 05/24/2004 | | Certified and transmitted record on appeal consisting of 1 Volume to U.S. Court of Appeals: [8-1] appeal; Motion for Certificate of Appealability [6-1] . Circuit No. 5 Parties ntfd. (rpinales) (Entered: 05/24/2004) |
| 06/29/2004 | 10 | USCA LETTER returned recieved on 05/26/04 , filed. (dahumada) (Entered: 06/29/2004) |
| 08/18/2004 | 11 | Application for Leave to Proceed IFP by petitioner Pedro Vega Sanchez received on 08/18/04 along with the Complaint, entered. (dahumada) (Entered: 08/18/2004) |
| 09/14/2004 | 12 | ORDER REFERRING CASE to Magistrate Judge John William Black. ( Signed by Judge Andrew S. Hanen ) Parties notified.(dahumada, ) (Entered: 09/14/2004) |
| 10/07/2004 | 13 | ORDER granting 9 Motion for Leave to Proceed in forma pauperis. ( Signed by Judge John William Black ) Parties notified.(rpinales, ) (Entered: 10/07/2004) |
| 10/18/2004 | 14 | Mail Returned Undeliverable as to Pedro Vega Sanchez re: 13 Order on Motion for Leave to Proceed in forma pauperis , filed. (sfedele, ) (Entered: 10/22/2004) |
| 10/27/2004 | 16 | MOTION/APPLICATION for Leave to Proceed in forma pauperis by Pedro Vega Sanchez, filed. Motion Docket Date 11/16/2004. (rpinales, ) (Entered: 11/12/2004) |

Case 1:04-cv-00055    Document 20    Filed in TXSD on 01/25/2005    Page 5 of 5

| | | |
|---|---|---|
| 11/10/2004 | ● 15 | On October 7, 2004, the Court issued an order allowing the Petitioner to proceed in forma pauperis (Docket No. 13) in connection with the United States District Court's granting of the Motion of Certificate of Appealability (Docket No. 7) However, still pending before the court is Petitioner, Pedro Vega Sanchez's, Motion to Proceed in forma pauperis which was filed on August 18, 2004 (Docket No. 11). IT IS, therfore, ORDERED that Petioner's Motion to proceed in forma pauperis (Docket No. 11) has become moot. .( Signed by Judge John William Black ) Parties notified.(bvasquez, ) (Entered: 11/10/2004) |
| 11/10/2004 | | ***Motions terminated: 11 Motion/Application for Leave to Proceed in forma pauperis. (bvasquez, ) (Entered: 11/10/2004) |
| 11/22/2004 | ● 17 | Mail Returned Undeliverable as to Pedro Vega Sanchez , filed. (mperez, ) (Entered: 11/24/2004) |
| 12/07/2004 | ● 18 | Supplemental Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re 8 Notice of Appeal; consisting of Documents No. 11-17(USCA No. 04-40652), filed. (dahumada, ) (Entered: 12/07/2004) |