United States District Court
Southern District of Texas
FILED

FEB 1 7 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 3, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

FEB 1 7 2005

Michael N. Milby, Clerk

   No. 04-40652  USA v. Sanchez
   USDC No.  1:01-CR-293-1
             1:04-CV-55

Enclosed is a certified copy of the judgment issued as the mandate for the appeals filed 2/23/04 and 5/17/04.

Record/original papers/exhibits to be returned.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        James deMontluzin, Deputy Clerk
                        504-310-7679

cc: w/encl:
    Mr Pedro Vega Sanchez
    Mr James Lee Turner

MDT-1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-40652

United States Court of Appeals
Fifth Circuit
**FILED**
February 3, 2005

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PEDRO VEGA SANCHEZ also known as, Juan Gomez Estrada

       Defendant - Appellant

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 3, 2005, for want of prosecution. The appellant failed to timely file a brief.

       CHARLES R. FULBRUGE III
       Clerk of the United States Court
       of Appeals for the Fifth Circuit

By: /s/ James deMontluzin
       James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana   FEB 03 2005