United States District Court
Southern District of Texas
FILED

MAR 2 5 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 23, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 04-40652 USA v. Sanchez
    USDC No.  1:01-CR-293-1
             1:04-CV-55✓

The following is (are) returned:

Original Record on Appeal,  ( 2 ) Vols.

Supplemental Record,  ( 1 ) Vol.

Original Exhibits,   (   ) Box       ( 1 ) Env. (SEALED)
                     (   ) Package   (   ) Roll

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Chris P. Descant, Deputy Clerk
504-310-7704

REC-3